1  GAYLE M. ATHANACIO (State Bar No. 130068)
   gathanacio@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   SEARS LIFE INSURANCE COMPANY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 RITA NAVARRO,                    No. 2:08-CV-00527-LEW-GGH

12         Plaintiff,                **ORDER APPROVING STIPULATION
                                    EXTENDING TIME FOR DEFENDANT
13    vs.                           SEARS LIFE INSURANCE COMPANY TO
                                    RESPOND TO COMPLAINT**
14 SEARS LIFE INSURANCE COMPANY,

15         Defendant.

16

Case No. 08-CV-00527 LEW                    STIPULATION EXTENDING TIME TO
                                            RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Civil Local Rules 6-144 of the United States District Court for the Eastern District of California, Plaintiff RITA NAVARRO and Defendant SEARS LIFE INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree to the following:

Defendant Sears Life Insurance Company shall have an extension of time to and through May 2, 2008, in which to respond to Plaintiff's Complaint in the above-captioned action. No previous extensions have been granted.

DATED: April 2, 2008                                        IT IS SO ORDERED

                                                            /s/ Ronald S. W. Lew
                                                            Hon. Ronald S. W. Lew

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. 08-CV-00527 LEW                -1-                 STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com