1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  RITA NAVARRO,                     )
                                      )
11                  Plaintiff,        )   2:07-cv-354-GEB-EFB
            v.                        )
12                                    )
    SEARS LIFE INSURANCE COMPANY,     )
13  and DOES 1 through 20,            )
    and each of them, Inclusive,     )
14                                    )
                    Defendants.       )
15  _____ )
                                      )
16  RITA NAVARRO,                     )
                                      )
17                  Plaintiff,        )   2:08-cv-527-LEW-GGH
            v.                        )
18                                    )
    SEARS LIFE INSURANCE COMPANY,     )
19  and DOES 1 through 20,            )
    and each of them, Inclusive,     )   AMENDED RELATED CASE ORDER[1]
20                                    )
                    Defendants.       )
21  _____ )

22          A Notice of Related Case document was filed in the action

23  designated as 2:08-cv-527, in which Plaintiff asserts this action is

24  related to the action designated as number 2:07-cv-354.  The latter

25  action was closed following Plaintiff's filing of a voluntary

26  _____

27      [1]   This Amended Related Case Order supercedes the Order filed
    on April 17, 2008 (Docket #10) because that Order incorrectly
28  identified the defendants in each action.

                                1

dismissal document on July 13, 2007.

Pursuant to Local Rule 83-123(d), "[i]f an action is dismissed and it, or one essentially the same, is refiled, it shall be assigned to the same Judge and Magistrate Judge."  This is what has occurred here.  Accordingly, the later filed action will be reassigned to the judges assigned to the first filed action.

IT IS THEREFORE ORDERED that the action denominated 2:08-cv-527-LEW-GGH is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings. The parties are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:08-cv-527-GEB-EFB. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  April 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2