IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RITA NAVARRO,  )
              Plaintiff,  )    2:08-cv-527-GEB-EFB
                                     )
    v.  )    <u>ORDER</u>[*]
                                     )
SEARS LIFE INSURANCE COMPANY,  )
              Defendant.  )
_____)

        Plaintiff seeks to amend her Complaint to add a negligence claim, and Market USA Inc. as a Defendant. Defendant Sears Life Insurance Company filed a statement of non-opposition to the motion. Since the motion is unopposed the question of whether Plaintiff has shown "good cause" to amend the Status (Pretrial Scheduling) Order ("Scheduling Order") is not reached and the motion is granted.

        Plaintiff has five days from the date on which this Order is filed to file and serve her First Amended Complaint; a copy of this Order shall be served on Defendant Market USA Inc. at the same time as

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

service of process.  Further, the added Defendant shall have 30 days after said service within which to file a "Notice of Proposed Modification of the Scheduling Order."

Dated:  March 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge