IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RITA NAVARRO,                    )
                                 )    02:08-cv-00527-GEB-EFB
          Plaintiff,             )
                                 )    ORDER
     v.                          )
                                 )
SEARS LIFE INSURANCE COMPANY;    )
MARKET USA, INC.,                )
                                 )
          Defendants.            )
_____)
                                 )
SEARS LIFE INSURANCE COMPANY,    )
                                 )
          Cross Claimant,        )
                                 )
     v.                          )
                                 )
MARKET USA, INC.,                )
                                 )
          Cross Defendant.       )
_____)
```

Defendant Market USA, Inc.'s Notice of Proposed Modification of the Court's Scheduling Order filed April 20, 2009, is rejected because it fails to show good cause justifies amending the Scheduling Order.

Dated:  April 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1