IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RITA NAVARRO,                    )
                                 )    02:08-cv-00527-GEB-EFB
         Plaintiff,              )
                                 )    ORDER
    v.                           )
                                 )
SEARS LIFE INSURANCE COMPANY;    )
MARKET USA, INC.,                )
                                 )
         Defendants.             )
_____)

Defendant Market USA, Inc. seeks modification of the scheduling order based on the leave the order provides it to seek such modification (Defendant's earlier filed modification request was denied because it failed to mention that leave.). The request is granted below but not precisely as the movant seeks since certain of the movant's proposed modifications are not practicable.

Therefore, the scheduling order is modified as follows:

(1) Defendant Market USA, Inc. may seek leave to join a party or parties in a motion filed no later than July 17, 2009, which is noticed for hearing on the earliest available law and motion hearing date.;

(2) the expert disclosure date is November 2, 2009;

(3) the last hearing date for motions is April 19, 2010;

1

1     (4)   the final pretrial conference is rescheduled to commence
2           at 1:30 p.m. on June 28, 2010;
3     (5)   trial is rescheduled to commence at 9:00 a.m. on August
4           17, 2010.

Dated: April 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge